No. 12–5876. FISCHER v. PELKIE, SUPERINTENDENT, STRAFFORD COUNTY HOUSE OF CORRECTIONS. Sup. Ct. N. H. Certiorari denied.

No. 12–5877. HALL v. TEXARKANA, ARKANSAS, POLICE DEPARTMENT, ET AL. C. A. 8th Cir. Certiorari denied.

No. 12–5878. IMPERIAL v. HERNDON, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 12–5879. RAYFIELD v. UNITED MEDICAL CENTER. Ct. App. D. C. Certiorari denied.

No. 12–5881. JERRELL v. TEXAS. Ct. App. Tex., 7th Dist. Certiorari denied.

No. 12–5882. JAMES v. HARDY, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 12–5886. FROST v. F & R REALTY TRUST ET AL. App. Ct. Mass. Certiorari denied.

No. 12–5899. PERRY v. MCDANIEL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 12–5902. CORDERO v. TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 12–5907. VILLAFANE v. LAVALLEY, SUPERINTENDENT, CLINTON CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 12–5909. ANGLIN v. BRECKINRIDGE CIRCUIT COURT ET AL. C. A. 6th Cir. Certiorari denied.

No. 12–5914. BUSH v. BENNETT ET AL. Ct. Sp. App. Md. Certiorari denied.

No. 12–5917. MALCOMB v. DIETZ ET AL. C. A. 3d Cir. Certiorari denied.

No. 12–5920. RUIZ v. TEXAS. Ct. App. Tex., 14th Dist. Certiorari denied.

No. 12–5921. SLOANE v. FISCHER, COMMISSIONER, NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES, ET AL. C. A. 2d Cir. Certiorari denied.